[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13113

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RICHARD REGINALD PERKINS, JR.,
a.k.a. Reggie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 2:22-cr-00011-LGW-BWC-7

_____

2                    Opinion of the Court                    23-13113

Before JORDAN, BRANCH, and ANDERSON, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993) (holding that a sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Read*, 118 F.4th 1317, 1321 (11th Cir. 2024) (noting that a procedural challenge to the imposition of a sentence was an appeal of the sentence which fell within the scope of the appeal waiver).